Genzler v U.S. Bank Trust, N.A. (2024 NY Slip Op 03413)

Genzler v U.S. Bank Trust, N.A.

2024 NY Slip Op 03413

Decided on June 20, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2022-06839
 (Index No. 514220/16)

[*1]Shmuel Zvi Genzler, et al., respondents, 
v
U.S. Bank Trust, N.A., etc., appellant, et al., defendants.

Day Pitney LLP, New York, NY (Christina A. Livorsi, Nathaniel T. N. Fleming, and Gregory Bruno of counsel), for appellant.
Law Office of Samuel Katz, PLLC, Brooklyn, NY (Joseph J. Schwartz of counsel), for respondents.

DECISION & ORDER
In an action pursuant to RPAPL 1501(4) to cancel and discharge of record a mortgage, the defendant U.S. Bank Trust, N.A., appeals from an order of the Supreme Court, Kings County (Robin K. Sheares, J.), dated August 18, 2022. The order, insofar as appealed from, denied that defendant's motion for summary judgment dismissing the amended complaint insofar as asserted against it or, in the alternative, for summary judgment on its counterclaim to recover damages for unjust enrichment and for an order of reference, and granted those branches of the cross-motion of the plaintiff Shmuel Zvi Genzler which were for summary judgment on the amended complaint insofar as asserted against that defendant and dismissing that defendant's counterclaim.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
In light of our determination on a related appeal (see Genzler v JPMorgan Chase Bank, N.A., ___ AD3d ___; decided herewith), we dismiss this appeal as academic.
DILLON, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court